IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 4:09-cr-30-RH-GRJ

ZEBEDIAH KYLER,

_____/

**O R D E R**

This case is before the Court on Doc. 91, Defendant's Motion To Vacate, Set Aside, Or Correct Sentence pursuant to 28 U.S.C. § 2255.  Defendant is represented by counsel in this mater.  Pursuant to the Rules Governing § 2255 proceedings, the Government will be required to file an answer or other response.  Upon receipt of the Government's response and Defendant's reply, if any, the Court will review the file to determine whether an evidentiary hearing is required.  If an evidentiary hearing is not required, the Court will dispose of the motion as justice requires pursuant to § 2255 Rule 8(a).

Accordingly, it is **ORDERED:**

1.  The Clerk shall furnish by certified mail, return receipt requested, this Order and Doc. 91 to the United States Attorney for this district, who shall file an answer or other appropriate pleading no later than **October 29, 2012.**

2.  If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

3.  Defendant shall have until **November 28, 2012**, to file a reply, if desired.

**DONE AND ORDERED** this 30th day of August 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge